[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 14-12487
Non-Argument Calendar

_____

D.C. Docket No. 8:12-cr-00073-SCB-EAJ-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUSTIN MICHAEL JOHNSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(January 12, 2015)

Before MARCUS, JULIE CARNES and ANDERSON, Circuit Judges.

PER CURIAM:

Meghan Ann Collins, appointed counsel for Justin Johnson in this direct

criminal appeal, has filed a motion to withdraw from further representation of

Johnson and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Johnson's convictions and sentences are **AFFIRMED.**